UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
OCTOBER 16, 2024 SESSION



**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:24-cr-00167
     18 U.S.C. § 1204

**ABDELRAHMAN ELKADY**

### I N D I C T M E N T

The Grand Jury Charges:

Beginning on or about July 17, 2024, and continuing through on or about October 15, 2024, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant ABDALRAHMAN ELKADY did remove from, and retain outside the United States, to-wit, the Arab Republic of Egypt, a child who had not attained the age of sixteen years and who had previously been in the United States with the intent to obstruct the lawful exercise of another person's parental rights.

In violation of Title 18, United States Code, Section 1204.

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney